PEOPLE V MARQUIS THOMAS, No. 137504. Leave to appeal denied at 483 Mich 854. Court of Appeals No. 277256.

INGERSOLL V TUESLEY, No. 137568. Leave to appeal denied at 483 Mich 882. Court of Appeals No. 276828.

PEOPLE V CUSHMAN, No. 137600. Leave to appeal denied at 483 Mich 855. Court of Appeals No. 279240.

*Superintending Control Denied March 23, 2009:*

LAWRENCE V BOARD OF LAW EXAMINERS, No. 138077.

*Summary Disposition March 25, 2009:*

PEOPLE V GONZALES, No. 137299. In lieu of granting leave, we reverse the Saginaw Circuit Court's order denying defendant's request for the production of his trial records, and we remand this case to the circuit court for production of the requested records under MCR 6.433(C). The circuit court did not err in applying the court rules to deny defendant's requests. However, the court's order merely delayed defendant's inevitable, meritorious request for the records under MCR 6.433(C). Court of Appeals No. 283798.

*Leave to Appeal Denied March 25, 2009:*

SIMPSON V DEPARTMENT OF CORRECTIONS, No. 137273; Court of Appeals No. 275554.
KELLY, C.J., and HATHAWAY, J. We would grant leave to appeal.

LLAMAS GROUP V HURON VALLEY SCHOOLS, No. 137357; Court of Appeals No. 275933.

NORTH POINT-PIONEER INC INC V RUBENFAER, No. 137657; Court of Appeals No. 279840.

*Rehearing Granted March 27, 2009:*

UNITED STATES FIDELITY INSURANCE & GUARANTY COMPANY V MICHIGAN CATASTROPHIC CLAIMS ASSOCIATION and HARTFORD INSURANCE COMPANY OF THE MIDWEST V MICHIGAN CATASTROPHIC CLAIMS ASSOCIATION, Nos. 133466 and 133468. In this case, motions for rehearing of this Court's December 29, 2008, opinion are considered and, on order of the Court, they are granted. The case is hereby resubmitted for decision without further briefing or oral argument. Court of Appeals Nos. 260604 and 271199.
CORRIGAN and YOUNG, JJ. We would deny rehearing.

*Leave to Appeal Denied March 27, 2009:*

HARDACRE V SAGINAW VASCULAR SERVICES, PC, No. 135706; Court of Appeals No. 276934.